**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AVAIL 1 LLC,

                    Plaintiff,                    18 **CIVIL** 11209 (PED)

      -against-                        **JUDGMENT**

ANDREA C. ADOVASIO,

                 Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 3, 2020, Plaintiff's motion for summary judgment is denied, and Defendant is granted summary judgment; accordingly, the case is closed.

**Dated:**  New York, New York
          August 3, 2020

                                             **RUBY J. KRAJICK**
                                              _____
                                                **Clerk of Court**
                        **BY:**
                                                _____
                                                **Deputy Clerk**